THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY G. BAKER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Finnerty, J.—Attempted Burglary, 2nd Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTION BROWN, JR., Appellant.—Judgment unanimously affirmed. Memorandum: Upon remittal of this matter for a hearing, the trial court determined that the People had met their burden of demonstrating that the prosecutor's challenges to two potential black jurors were not racially motivated. The determination of the trial court is entitled to great weight *(see, People v Merritt,* 166 AD2d 912, *lv denied* 76 NY2d 988, *cert denied* — US —, 111 S Ct 2264), and we conclude that the trial court's determination is supported by the evidence. (Resubmission of Appeal from Judgment of Supreme Court, Onondaga County, Clary, J.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ANDERSON, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Finnerty, J.—Burglary, 2nd Degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD S. SPEED, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Finnerty, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.